THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO C. GUERRA, | CASE NO. C25-0693-JCC |
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's renewed motion to appoint *pro bono* counsel and to extend the deadlines in this matter (Dkt. No. 12).

As to the request to appoint counsel, the Court previously found that such appointment was not warranted. (Dkt. No. 11.) Plaintiff's present circumstances, (*see* Dkt. No. 12), do not change this analysis. As to the request for an extension, the Court previously directed the parties to meet and confer and provide it with a joint status report by November 24, 2025. (*See* Dkt. No. 11.) The instant motion (Dkt. No. 12) fails to explain why this is not practical. As such, no extension is warranted. A JSR remains due in roughly six weeks.

Plaintiff's motion (Dkt. No. 12) is DENIED.

//

//

ORDER
C25-0693-JCC
Page 1

1    DATED this 14th day of October 2025.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE