THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO C. GUERRA,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>        Defendant. | CASE NO. C25-0693-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 15) where the parties propose case management deadlines through the filing of dispositive motions. (*See generally id.*). The Court ADOPTS these deadlines as its own and DEFERS setting further case management deadlines, including establishing a trial date, until such motions have been fully addressed.

DATED this 21st day of November 2025.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/Kathleen Albert
                                      Deputy Clerk