The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO C. GUERRA,<br><br>             Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>             Defendant. | Case No. 2:25-cv-00693-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TWO CASE DEADLINES**<br><br>Noted for Consideration:<br>November 26, 2025 |

Pursuant to the applicable Federal and Local Rules, the parties hereby stipulate and move as follows:

**STIPULATION**

1. Per the parties' proposal, adopted by the Court, Plaintiff's amended complaint is currently due on Friday November 28, 2025, with Defendant's response due three weeks later, on Friday December 19, 2025. Dkt. 16.

2. Due to a family member's medical situation, Plaintiff now requests a one-week extension of his deadline to file an amended complaint.

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TWO CASE DEADLINES
[Case No. 2:25-cv-00693-JCC] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Defendant is happy to stipulate to that request, but Defendant's counsel will be on leave for the week of December 22, 2025, and thus will need an extra week for Defendant's response to avoid prejudice to Defendant.

## MOTION

In light of the above facts, the parties respectfully request that the Court extend these two deadlines as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff to file an amended complaint: | November 28, 2025 | December 5, 2025 |
| Defendant to file a response to the amended complaint: | December 19, 2025 | January 2, 2026 |

DATED this 26th day of November, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone:  206-553-7970
Fax:     206-553-4073
Email:   sarah.bishop@usdoj.gov

*Attorneys for Defendant*

*s/ Julio C. Guerra*
JULIO C. GUERRA
11613 SE 265th Place
Kent, WA 98030
253-886-8604
Email: julyelashjul@comcast.net

*Pro Se Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TWO CASE DEADLINES
[Case No. 2:25-cv-00693-JCC] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The parties' stipulated request is GRANTED. The deadline for Plaintiff to file an amended complaint is extended to December 5, 2025. The deadline for Defendant to respond to the amended complaint is extended to January 2, 2026.

**IT IS SO ORDERED**.

DATED this   26th   day of   November  , 2025.

*/s/ John C. Coughenour*

_____
JOHN C. COUGHENOUR
Senior United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TWO CASE DEADLINES
[Case No. 2:25-cv-00693-JCC] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970