THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIO C. GUERRA,

                        Plaintiff,

          v.

DEPARTMENT OF VETERANS AFFAIRS,
*et al.*,

                        Defendants.

CASE NO. C25-0693-JCC

ORDER

       This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 31) of this Court's order dismissing certain claims and defendants from this action (Dkt. No. 29). Such motions are generally disfavored. LCR 7(h)(1). Reconsideration is only appropriate where there is "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* "A motion for reconsideration should not be used to ask the court to rethink what the court had already thought through—rightly or wrongly." *Ma v. Univ. of S. California*, 2019 WL 1239269, slip op. at 1 (W.D. Wash. 2019). Plaintiff fails to meet this standard. Thus, his motion for reconsideration (Dkt. No. 31) is DENIED.

//

//

ORDER
C25-0693-JCC
PAGE - 1

DATED this 10th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE