THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIO C. GUERRA,

          Plaintiff,

    v.

DEPARTMENT OF VETERANS AFFAIRS,

          Defendant.

CASE NO. C25-0693-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On February 18, 2026, Plaintiff moved for an extension of time to file what he described as a "Second Amended Complaint." (Dkt. No. 34 at 1.) In that motion, Plaintiff contended the Court provided him leave to amend (when it previously granted Defendants' motion for partial dismissal). (*Id.* at 1–2) (citing Dkt. No. 29). Plaintiff is mistaken. The Court provided no such leave. Docket Number 20 remains the operative complaint in this matter, with portions of claims contained within dismissed in accordance with Docket Number 29. Thus, Plaintiff's motion (Dkt. No. 34) is DENIED as moot.

If Plaintiff seeks leave to further amend, whether it be to add or modify parties or claims or to cure the deficiencies noted in Docket Number 29, he must so move in accordance with Federal Rule of Civil Procedure 15(a)(2). Although Plaintiff should be apprised that the Court, in

MINUTE ORDER
C25-0693-JCC
PAGE - 1

previously dismissing portions of his claims, (*see* Dkt. No. 29 at 4–6), considered whether leave to amend should *sua sponte* be provided. It concluded, because those claims fail as a matter of law (as opposed to being inadequately pled), (*see id.* at 4–6), that further amendment would be futile and, thus, unwarranted. *See Missouri ex rel. Koster v. Harris*, 847 F.3d 646, 655–56 (9th Cir. 2017).

The previous scheduling order for this matter, (*see* Dkt. Nos. 15, 16, 19), remains in place.

DATED this 19th day of February 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
C25-0693-JCC
PAGE - 2