THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIO C. GUERRA,

                Plaintiff,

     v.

DEPARTMENT OF VETERANS AFFAIRS, *et al.*,

                Defendants.

CASE NO. C25-0693-JCC

ORDER

This matter comes before the Court on Plaintiff's motion to extend the discovery cut off (Dkt. No. 38). For the reasons described in the Government's response (Dkt. No. 39), the motion (Dkt. No. 38) is DENIED. Discovery is now closed and dispositive motions are due May 22, 2026. (*See* Dkt. No. 15.)

It is so ORDERED this 1st day of May 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C25-0693-JCC
PAGE - 1